# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN CLAVERIE,<br><br>      Plaintiff,<br><br>vs.<br><br>HRHH HOTEL/CASINO, LLC.,<br><br>      Defendant. | Case No. 2:13-cv-01611-JAD-PAL<br><br>**ORDER**<br><br>(Amd. Mot Subst Atty - Dkt. #31) |

This matter is before the court on the Amended Motion to Substitute Attorney (Dkt. #31) filed January 17, 2014. It seeks to substitute Elizabeth R. Mikesell of the Law Offices of Clayson and Mikesell, in place of John C. Courtney, as attorney for third party Defendant Jason Norris.

LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Discovery Plan and Scheduling Order (Dkt. #12) was entered August 19, 2013, which gives the parties until February 3, 2014, in which to complete discovery.

Accordingly,

**IT IS ORDERED:**

  1.  Third party Defendant Jason Norris' request to substitute Elizabeth R. Mikesell of the

/ / /

/ / /

1  Law Offices of Clayton and Mikesell, in place of John C. Courtney (Dkt. #31) is **GRANTED**, subject
2  to the provisions of LR IA 10-6(c) and (d).
3      Dated this 24th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge