UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAVERIE,<br><br>               Plaintiff,<br><br>   v.<br><br>JASON NORRIS,<br><br>               Third Party Defendant. | Case No. 2:13-cv-01611-JAD-PAL<br><br>**ORDER**<br><br>(Sub'n of Counsel - Dkt. #39) |

     This matter is before the court on the Substitution of Attorneys (Dkt. #39) filed May 5, 2014. Craig Delk seeks leave to be substituted in the place of Elizabeth R. Mikesell as counsel for Third Party Defendant Jason Norris. LR IA 10-6(b) provides that no attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel. LR IA 10-6(c) provides that any stipulation to substitute attorneys shall also be by leave of court. Additionally, the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(c). LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed his complaint in state court, and on September 4, 2013, Defendant HRHH Hotel/Casino, LLC, removed it to this court. *See* Petition for Removal (Dkt. #1). Discovery closes on August 1, 2014. *See* Order on Stipulation (Dkt. #37).

     Having reviewed and considered the matter, and good cause appearing,

/ / /

/ / /

1 **IT IS ORDERED**:

2     1.    The Substitution of Counsel (Dkt. #39) is APPROVED.

3     2.    Craig Delk is substituted in the place of Elizabeth Mikesell as counsel for Third Party Defendant Jason Norris, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 7th of May, 2014

                                                  PEGGY A. LEEN
                                                  UNITED STATES MAGISTRATE JUDGE