UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CLAVERIE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:13-CV-1611-JAD-PAL |
| ) | |
| HRHH HOTEL/CASINO, LLC, ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| ) | |
| Defendant(s). ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, March 17, 2015,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this 4th day of November, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE