1
2
3
4          UNITED STATES DISTRICT COURT
5             DISTRICT OF NEVADA
6                  * * *
7    BRIAN CLAVERIE,                    Case No. 2:13-cv-01611-JAD-PAL
8                          Plaintiff,            ORDER
          v.
9
     HRHH HOTEL/CASINO, LLC,
10
                         Defendant.
11
12         Due to the scheduling needs of the court,

13         **IT IS ORDERED** that:

14         1.  The Settlement Conference currently scheduled for January 15, 2015, at 1:30 p.m.

15             before the undersigned, is **VACATED** and **CONTINUED for one day** to **January

16             16, 2015, at 9:30 a.m.**, in the chambers of United States Magistrate Judge Leen,

17             Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard

18             South, Las Vegas, Nevada.

19         2.  The deadline for chambers to receive the confidential settlement statements currently

20             due January 8, 2015, is **VACATED** and **CONTINUED one day** to be received in

21             Chambers, Room 3071, no later than **4:00 p.m. January 9, 2015**.

22         3.  All other instructions within the original Order Scheduling Settlement Conference

23             (Dkt. #52) remain.

24         DATED this 18th day of November, 2014.

25
26                                              _____
                                                PEGGY A. LEEN
27                                              UNITED STATES MAGISTRATE JUDGE
28

                                         1