LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
MORAN LAW FIRM, LLC.
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant/Third Party Plaintiff,
HRHH HOTEL/CASINO, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN CLAVERIE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>HRHH HOTEL/CASINO, LLC, a Foreign Limited Liability Company DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | CASE NO.: 2:13-cv-01611-JAD-PAL |
| HRHH HOTEL/CASINO, LLC, a Delaware limited liability company,<br><br>        Third Party Plaintiff,<br><br>v.<br><br>JASON NORRIS, DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>        Third Party Defendants. | |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES



MORAN LAW FIRM LLC
ORAN BRANDON BENDAVID MORAN
30 SOUTH 4TH STREET
AS VEGAS, NEVADA 89101
HONE: (702) 384-8424
AX: (702) 384-6568

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, including the Third Party Complaint, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this __20__ day of January, 2015.

| MORAN BRANDON BENDAVID MORAN | HANRATTY LAW GROUP |
|---|---|
| *signature* | *See attached.* |
| **LEW BRANDON, JR., ESQ.** <br> Nevada Bar No. 5880 <br> **JUSTIN W. SMERBER, ESQ.** <br> Nevada Bar No. 10761 <br> 630 S. Fourth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant/Third Party Plaintiff, HRHH HOTEL/CASINO, LLC | **KEVIN M. HANRATTY, ESQ.** <br> Nevada Bar No. 7734 <br> 1815 Village Center Circle, Suite 140 <br> Las Vegas, Nevada 89134 <br> Attorney for Plaintiff, <br> BRIAN CLAVERIE |
| **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** | |
| *signature* | *See attached.* |
| **CRAIG R. DELK, ESQ.** <br> Nevada Bar No. 2295 <br> 1100 E. Bridger Avenue <br> Las Vegas, Nevada 89101 <br> Attorney for Third Party-Defendant, <br> JASON NORRIS | **JONATHAN HOLDEN ADAMS, ESQ.** <br> Louisiana Bar No. 29061 <br> 2030 St. Charles Avenue, Suite A <br> New Orleans, Louisiana 70130 <br> Co-Counsel for Plaintiff, <br> BRIAN CLAVERIE |


MORAN LAW FIRM LLC
LEW BRANDON BENDAVID MORAN
30 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

2

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, including the Third Party Complaint, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this ___ day of January, 2015.

| MORAN BRANDON BENDAVID MORAN | HANRATTY LAW GROUP |
|---|---|
| _____<br>LEW BRANDON, JR., ESQ.<br>Nevada Bar No. 5880<br>JUSTIN W. SMERBER, ESQ.<br>Nevada Bar No. 10761<br>630 S. Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant/Third Party Plaintiff, HRHH HOTEL/CASINO, LLC | /s/ 1/26/2015<br>KEVIN M. HANRATTY, ESQ.<br>Nevada Bar No. 7734<br>1815 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134<br>Attorney for Plaintiff,<br>BRIAN CLAVERIE |
| THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER | |
| _____<br>CRAIG R. DELK, ESQ.<br>Nevada Bar No. 2295<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>Attorney for Third Party-Defendant, JASON NORRIS | /s/<br>JONATHAN HOLDEN ADAMS, ESQ.<br>Louisiana Bar No. 29061<br>2030 St. Charles Avenue, Suite A<br>New Orleans, Louisiana 70130<br>Co-Counsel for Plaintiff,<br>BRIAN CLAVERIE |

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action be DISMISSED with prejudice, including the Third Party Complaint, leaving no remaining parties, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 2, 2015.

2